**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1316**

DAMOND J. WILSON,

                Plaintiff - Appellant,

        v.

UNITED PARCEL SERVICES, INCORPORATED,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:10-cv-00636-CMH-JFA)

Submitted:  September 27, 2012       Decided:  October 1, 2012

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Damond J. Wilson, Appellant Pro Se.   Joel Jacob Borovsky,
JACKSON LEWIS, LLP, Reston, Virginia; Emmett F. McGee, Jr.,
JACKSON LEWIS, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damond J. Wilson appeals from the district court's order granting summary judgment for United Parcel Services, Inc., in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. UPS, No. 1:10-cv-00636-CMH-JFA (E.D. Va. Feb. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED